**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| JOSE QUEZADA, on behalf of himself and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>MAUNA LOA MACADAMIA NUT CORPORATION<br>　　　　　　　　Defendant. | Case No.  1:20-cv-10927<br><u>**NOTICE OF VOLUNTARY**</u><br><u>**DISMISSAL**</u><br><u>**WITH PREJUDICE**</u> |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:　　Queens, New York
　　　　　　April 26, 2021

Respectfully submitted,

<u>By: /s/ Mars Khaimov</u>
Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

Plaintiff has provided notice of his voluntary dismissal with prejudice against Defendant under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action without a court order.  *See* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice).

Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: April 26, 2021
New York, New York

　　　　　　　　　_____
　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　United States District Judge